1

HARVEY P. SACKETT (72488)

2

**S A C K E T T**
**AND ASSOCIATES**

3

A PROFESSIONAL LAW CORP.

4

1055 Lincoln Avenue
Post Office Box 5025

5

San Jose, California 95150-5025
Telephone: (408) 295-7755

6

Facsimile:  (408) 295-7444

7

8

Attorney for Plaintiff

9

/jgl

10

11

UNITED STATES DISTRICT COURT

12

NORTHERN DISTRICT OF CALIFORNIA

13

SAN FRANCISCO DIVISION

14

15

SHENITA M. KING,                          )   Case No:  C-09-05322 MEJ

16

                                          )

                 Plaintiff,               )

17

                                          )

18

v.                                        )   STIPULATION AND ORDER

                                          )

19

MICHAEL J. ASTRUE,                        )

Commissioner,                             )

20

Social Security Administration,           )

                                          )

21

                 Defendant.               )

22

_____ )

23

        Plaintiff and Defendant, through their respective attorneys, hereby stipulate that

24

Plaintiff shall have an extension of time of thirty (30) days up through and including Monday,

and provide chambers copies

25

May 31, 2010 in which to e-file her Motion for Summary Judgment.  This extension is

                               ∧

26

necessitated by the need for Plaintiff to retain new counsel, and the concomitant time required

27

to become familiar with the case, and prepare Plaintiff's Motion for Summary Judgment.

28

1

STIPULATION AND ORDER

1        All deadlines will be extended accordingly.

2

3                                          JOSEPH P. RUSSONIELLO
                                          United States Attorney
4
                                          Authorization given by Shea L. Bond
5                                          in Elizabeth Firer's absence.

6    Dated: April 28, 2010                /s/ _____
                                          ELIZABETH FIRER
7                                          Special Assistant U.S. Attorney

8

9

10
     Dated: April 28, 2010                /s/ _____
11                                         HARVEY P. SACKETT
                                          Attorney for Plaintiff
12                                         SHENITA M. KING

13

14   IT IS SO ORDERED.

15

16   Dated:   May 4, 2010                 _____
17                                         HON. MARIA-ELENA JAMES
                                          United States Magistrate Judge
18

19

20

21

22

23

24

25

26

27

28

                                  2
     STIPULATION AND ORDER