1  HARVEY P. SACKETT (72488)
2  **SACKETT**
   **AND ASSOCIATES**
3  A PROFESSIONAL LAW CORP.
   1055 Lincoln Avenue
4  Post Office Box 5025
   San Jose, California 95150-5025
5  Telephone: (408) 295-7755
   Facsimile:  (408) 295-7444
6
7  Attorney for Plaintiff
8
9                UNITED STATES DISTRICT COURT
10               NORTHERN DISTRICT OF CALIFORNIA
11
12 SHENITA M. KING,                    )  No.: C09-05322-MEJ
                                       )
13           Plaintiff,                )
                                       )
14                                     )
   v.                                  )  NOTICE AND ~~PROPOSED~~ ORDER OF
15                                     )  SUBSTITUTION OF COUNSEL
                                       )
16                                     )
   MICHAEL J. ASTRUE,                  )
17 Commissioner,                       )
   Social Security Administration,     )
18                                     )
                                       )
19           Defendant.                )
                                       )
20
        PLEASE TAKE NOTICE SHENITA M. KING, Plaintiff in the above-captioned case,
21
   hereby substitutes herself in pro per, in the place and stead of HARVEY P. SACKETT.
22
   Plaintiff shall comply with all rules of the Court.
23
24 Dated: 5/19       , 2010        _Shenita King_____
                                       SHENITA M. KING
25
26
27 Dated: 5/21       , 2010        /s/_____
                                       HARVEY P. SACKETT
28

                                       1
NOTICE AND PROPOSED ORDER OF SUBSTITUTION OF COUNSEL

1  IT IS SO ORDERED.

2

3

4  Dated: May 24, 2010

5  _____
HON. MARIA-ELENA JAMES
United States Magistrate Judge

NOTICE AND PROPOSED ORDER OF SUBSTITUTION OF COUNSEL