UNITED STATES DISTRICT COURT

Northern District of California

SHENITA M. KING,

               Plaintiff(s),                No. C 09-5322 MEJ

  v.

MICHAEL J. ASTRUE,                **ORDER TO SHOW CAUSE**

               Defendant(s).
_____/

      On May 4, 2010, the Court granted Plaintiff an extension of time of thirty (30) days, up through and including Monday, May 31, 2010, in which to file her Motion for Summary Judgment. To date, however, Plaintiff has failed to file a motion. Accordingly, the Court hereby ORDERS Plaintiff Shenita King to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines. Plaintiff shall file a declaration by July 8, 2010, and the Court shall conduct a hearing on July 15, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

      Because Plaintiff's counsel withdrew from this case but Plaintiff has not provided her address, the Court ORDERS Plaintiff's former counsel, Harvey Sackett, to serve this Order upon Plaintiff. When Plaintiff files her declaration, she shall also provide the Clerk of Court with the address for service of documents in this case.

      **IT IS SO ORDERED.**

Dated: June 18, 2010                _____
                                                    Maria-Elena James
                                                    Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHENITA M. KING, | Case Number: 09-05322 MEJ |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| MICHAEL J. ASTRUE, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 18, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Harvey Peter Sackett
Sackett and Associates
1055 Lincoln Avenue
Post Office Box 5025
San Jose, CA 95150-5025

Dated: June 18, 2010

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

2