Geri N. Kahn, Esq., SBN 148536
400 Montgomery Street, Suite 810
San Francisco, CA 94104
Tel. (415) 397-5446
Fax (707) 361-0350
Email:  gkahn@pacbell.net

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHENITA M. KING, | ) Case No.: No. 09-5322 MEJ |
| Plaintiff, | ) Notice of Appearance and Request for Extension of Time to File Motion for Summary Judgment |
| vs. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

The undersigned counsel enters an appearance in this action on behalf of the plaintiff and requests that she be notified of all further proceedings.  Any correspondence may be sent to:

Geri N. Kahn, Esq.

400 Montgomery Street, Suite 810

San Francisco, CA 94104

Tel. (415) 397-5446

Fax (707) 361-0350

Email:  gkahn@pacbell.net

Notice of Appearance; Ex Time to File S/J, 09-5322 MEJ - 1

Counsel respectfully requests an extension of time of 90 days to file her Motion for Summary Judgment for the following reasons:

1. Ms. King was referred to me by the Bar Association of San Francisco. She has had a difficult time trying to find and retain an attorney and had spoken to a number of attorneys before she found me. She retained me today to represent her.

2. I have not represented Ms. King at any level prior to now; I am unfamiliar with her case. She has given me a transcript of 501 pages. In addition there are a number of other loose pages to review. Because of the deadline which the Court gave to Plaintiff (and which has already passed), I only quickly reviewed the Administrative Law Judge's decision and a few documents relating to her case to determine whether there was a basis to appeal. I believe there is but it will take me some time to review the file and prepare the Motion for Summary Judgment.

Thank you for your consideration of my request.

Dated this 6th day of September 2010

/s/ Geri N. Kahn
Geri N. Kahn
400 Montgomery Street, Suite 810
San Francisco, CA 94104

Plaintiff's counsel's request is hereby GRANTED. Plaintiff shall serve and file a motion for summary judgment or for remand by October 12, 2010. The remaining briefing shall be in compliance with Civil Local Rule 16-5 and the November 9, 2009 Procedural Order in this case.

Dated: September 7, 2010

*Judge Maria-Elena James*