# UNITED STATES DISTRICT COURT
## Northern District of California

SHENITA M. KING,

          Plaintiff(s),          No. C 09-5322 MEJ

   v.

MICHAEL J. ASTRUE,          **SECOND ORDER TO SHOW CAUSE**

          Defendant(s).

_____/

      Plaintiff Shenita King filed the above-captioned case on November 9, 2009.  Pursuant to the November 9, 2009 Procedural Order, Plaintiff was required to file a motion for summary judgment and/or remand by April 29, 2010.  (Dkt. #3.)  However, at the parties request, the Court granted Plaintiff an extension and ordered that she file her motion by May 31, 2010.  (Dkt. #16.)  Plaintiff subsequently filed a notice in which she stated that she desired to substitute herself in pro per in place of her original attorney, Harvey Sackett, and that she would comply with all rules of the Court. (Dkt. #17.)  The Court granted Plaintiff's request on May 24, 2010.  (Dkt. #18.)  However, Plaintiff then failed to file her motion by the May 31, 2010 deadline.

      On June 18, 2010, the Court issued a first order for Plaintiff to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines.  (Dkt. #19.)  After Plaintiff filed her response, (Dkt. #22), the Court discharged the order to show cause and ordered that she file her motion by September 1, 2010.  (Dkt. #21.)  The Court warned Plaintiff that if she failed to file a motion by September 1, it would consider terminating this matter for failure to prosecute.  *Id.* at ¶ 2.

Plaintiff failed to file her motion by September 1.  However, on September 6, 2010, Geri Khan, Plaintiff's new attorney, filed a notice of appearance and request for an extension of time to file Plaintiff's motion.  (Dkt. #23.)  In her filing, Ms. Kahn stated that Plaintiff had been referred to her by the Bar Association of San Francisco, and Plaintiff had retained her that day.  Ms. Kahn requested an extension of time to familiarize herself with the case.  The Court granted her request and ordered Plaintiff to file her motion by October 12, 2010.  (Dkt. #24.)

Plaintiff has again failed to comply with the Court's order.  The Court has now afforded Plaintiff an extension of time of nearly six months to file her motion.  Despite three extensions of time and a warning that the Court would consider terminating sanctions, Plaintiff has prejudiced Defendant Michael Astrue by delaying these proceedings, and she has also burdened the Court.  Accordingly, the Court hereby ORDERS Plaintiff Shenita King to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines.  Plaintiff shall file a declaration by October 21, 2010.

**IT IS SO ORDERED.**

Dated: October 14, 2010

Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHENITA M. KING,<br><br>            Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE,<br><br>            Defendant._____/ | Case Number: 09-05322 MEJ<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 18, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shanita Williams-King
460 Inverness Dr
Pacifica CA 94044


Dated: June 18, 2010
                    Richard W. Wieking, Clerk
                    By: Brenda Tolbert, Deputy Clerk

3