Geri N. Kahn, Esq., SBN 148536
400 Montgomery Street, Suite 810
San Francisco, CA 94104
Tel. (415) 397-5446
Fax (707) 361-0350
Email:  gkahn@pacbell.net

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHENITA M. KING,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHALE J. ASTRUE, Commissioner of<br><br>Social Security,<br><br>　　　　Defendant. | Case No.: No. 09-5322 MEJ<br><br>STIPULATION TO EXTEND DUE DATE OF PLAINTIFF'S BRIEF IN SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT; AND [PROPOSED ORDER] |

　　　　Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to a 90-day extension of time for Plaintiff's counsel to file a brief in support of her Motion for Summary Judgment, in light of the following:

　　　　1.　　Plaintiff, Shenita King, retained counsel on September 6, 2010.  Her new counsel did not represent her at any point in the administrative process and is generally unfamiliar with her case.

2. Plaintiff's counsel has spoken with Elizabeth Firer, Esq., defendant's counsel and she has indicated that she is agreeable to a 90 day - extension of time for counsel to prepare her brief.

3. Plaintiff's counsel has not yet had a chance to review the transcript thoroughly. She will need the extension of time to meet with Plaintiff more, to review the transcript and to prepare the motion for summary judgment.

4. Should the request be granted, Plaintiff's brief will be due on December 6, 2010, Defendant's reply brief on January 5, 2011 and Plaintiff's response on ~~December~~ January 19, 2011.

Respectfully submitted,

Dated: September 6, 2010        /s/ Geri N. Kahn
                                GERI N. KAHN
                                Attorney for Plaintiff


Dated: September 7, 2010        /s/Elizabeth Firer
                                ELIZABETH FIRER
                                Special Assistant United States Attorney
                                Attorney for Defendants

**ORDER**

The OSC is DISCHARGED.
Pursuant to stipulation, IT IS SO ORDERED.

Date: ~~September~~ October 20, 2010    _____
                                         Maria-Elena James
                                         United States Magistrate Judge

Stipulation of Extension of Time to File S/J, 09-5322 MEJ - 2