UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| SHENITA M. KING, | No. C 09-05322 MEJ |
| Plaintiff, | |
| v. | **ORDER REQUESTING ADMINISTRATIVE RECORD** |
| MICHAEL J. ASTRUE, | |
| Defendant. | |
| _____/ | |

As it appears that the physical copy of the Administrative Record in this case has been misfiled in the Clerk's Office, the Court requests that Defendant provide a chambers copy of the record to the undersigned as soon as it can be compiled and submitted to the Court.

**IT IS SO ORDERED.**

Dated: January 19, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge